IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK MILLER                                                    PLAINTIFF

v.                         Civil No. 06-5050

SHERIFF KEITH FERGUSON;
and DEPUTY BARRETT                                             DEFENDANTS

**O R D E R**

Defendants have filed a motion for summary judgment (Doc. 23).  To assist plaintiff in responding to the motion, the court is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Mark Miller is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motions on or before **December 28, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 29th day of November 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


MARK MILLER                                                                          PLAINTIFF

                    v.                              Civil No. 06-5050

SHERIFF KEITH FERGUSON;
and DEPUTY BARRETT                                                              DEFENDANTS

**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  MARK MILLER

These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **December 28, 2007.**

1.  A warrant for your arrest was issued on February 3, 2006, by Judge Doug Schrantz

for failure to appear.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

page 1.

_____

_____

_____

_____

2.  On February 2, 2006, you were surrendered off bond for failure to appear.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-2-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 2.

_____

_____

_____

_____

3.  On February 3, 2006, a second warrant for your arrest was issued by Judge Doug Schrantz for failure to appear.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 3.

_____

_____

_____

_____

4. On February 8th you were booked into the Benton County Detention Center (BCDC).

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 4.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

5. At the time of booking, you received and signed, a notification regarding the inmate telephone system.  It stated that all calls were collect with the exception of calls to bail bond companies and other approved numbers.  It also said that phone calls were allowed as a privilege only.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 6.

_____

_____

_____

_____

6.  You also completed a medical questionnaire on which you indicated you had no health problems other than an allergy to aspirin.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

-4-

7.  On February 9th, the Washington County Sheriff's Office sent a message to Benton County requesting that a hold be placed on you for them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 7.

_____

_____

_____

_____

8. On February 17th you requested medical care for your stomach and were to see the nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

9(A).  You were seen by the nurse that day and given "MOM" for constipation.  You were also told to increase your fluid intake.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

-5-

8.

_____

_____

_____

_____

(B).  Is "MOM" milk of magnesia?

Answer:  Yes _____ No _____.

If you answered no, please explain what it was.

_____

_____

_____

10.  On February 22nd you submitted a request asking to be moved to population so you could become a trustee.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

11.  In response, you were told you would complete your current disciplinary action and then would be placed in population.

-6-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

12.  On February 23rd you came out of your cell for recreation without your striped shirt on.  Deputy Free called into the pod numerous times and told you to put your shirt on.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

13.  You refused to put your shirt on and threw it into the air and went back into your cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

14(A).  When asked why you would not put it on, you said you could not get it over your head.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

(B).  You were told you were being locked down for disobeying the order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

(C).  A disciplinary hearing was held that day.  In response to the charge you said you just lost your temper.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

(D).  You were found guilty and given ten days lock down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

(E).  You appealed the decision and it was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

15.  On March 1st you submitted a grievance stating you had been on lock down for eight days already and were being told your last day of lock down was March 5th.  You stated your original punishment was ten days.  You stated you should only have two days left.  You also indicated that you did not get along with your cell mate.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

16.  In response Captain Petray stated you would be taken off lock down when your time was up.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

17(A).  On March 2nd you stated on February 22nd you received a striped shirt that

-10-

was so small you could hardly get it over your head.  You stated you ask Deputy Dapp if he could exchange it and he said later.  You said you got the same response later when you asked again.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

(B).  The next morning you indicate you walked down with the shirt in hand to get a replacement.  You indicate the deputy on duty came over the speaker and told you to put the shirt on.  When you tried to tell her it was too small, you indicate she just repeated over and over again to put it on.  Out of frustration, you state you tossed it in the air and walked back to your cell.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the second page of your March 2nd grievance which is attached to your complaint as an exhibit.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

(C).  You were given ten days lock down and you state you had been in your cell twenty-four hours a day.  You indicate you had been without phone, showers, fresh air, books, visitors, mat, and bedroll (most of the time).  You stated you could not even get envelopes until Sunday.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the second page of your March 2nd grievance which is attached to your complaint as an exhibit.

_____

_____

_____

_____

(D).  Captain Petray responded that indigents were passed out at the same time every week.  He also indicated you could appeal your lock down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

18.  On March 4th you submitted a grievance stating that you had repeatedly asked to use the phone and been refused.  You stated you thought you had the right to call a bondsman

-12-

or lawyer.  You stated you had missed your opportunity for release.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

_____

_____

19.  In response Captain Petray stated he had checked the phone system and you were

being allowed to use the phone.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

_____

_____

20. On March 10th you asked for copies of your last two grievances, Deputy Barrett's

first name, and for the certificate portion of your court form to be filled out.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

5.

-13-

_____

_____

_____

_____

21.  Captain Petray responded that just using Deputy Barrett was sufficient and that he had filled out your form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

22.  On March 14th you submitted a medical request stating your stomach had been hurting for weeks and that medication had been finally issued the day before.  You stated the medication had now been misplaced.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

-14-

_____

23.  You were seen by Nurse McDonald on the 16th and prescribed anti-acid tablets with meals for two weeks.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 8.

_____

_____

_____

_____

24.  On March 23rd you submitted a medical request because of chapped lips.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

25.  You were seen by Nurse McDonald that day and prescribed Carmex for five days.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 8.

-15-

_____

_____

_____

_____

     26.  On March 27th you submitted a grievance complaining Robert Randall was

receiving preferential treatment as were the Hispanics.  Captain Petray responded he would

look into this incident.  However, he stated all inmates would be treated equally and were

subject to the same rules.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

6.

_____

_____

_____

_____

     27.   You were at the Washington County Detention Center from April 21st to May

18th.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

9.

_____

_____

-16-

_____

_____

28.  On May 18th you submitted a request stating that you had been returned from

Washington County and asked when you would be booked out.  You stated Benton County

had no more holds on you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

9.

_____

_____

_____

_____

29.  In response, you were told that Rogers still had several failure to appear charges

on you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

9.

_____

_____

_____

_____

30.  The call detail report for you from February 8, 2006, to May 19, 2006, shows you

-17-

made, or attempted to make, numerous telephone calls.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

31.  According to the jail log sheets, you lost recreation on February 23rd but received recreation and showers daily after that and were provided with indigent supplies.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-18-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4A.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

32(A).  You were able to send and receive mail during the period you were locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-19-

_____

_____

_____

(B).  You received three meals a day while on lock down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(C).  You were allowed to shower on a regular basis while on lock down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(D).  Between showers you had access to basic hygiene supplies such as soap and

water.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-20-

_____

_____

_____

(E).  You were able to do exercises such as sits ups in your cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(F).  You were allowed to go to recreation while on lock down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(G).  You were given the opportunity to use the phone to call your bonds man and/or

attorney while on lock down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-21-

_____

_____

_____

33.  Did you speak to, or communicate with, Sheriff Keith Ferguson about your lock down?

Answer:  Yes _____ No _____.

If you answered yes, please describe your conversation with, or communication with, the Sheriff.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain in detail how you believe the Sheriff violated your federal constitutional rights.

-22-

_____

_____

_____

_____

_____

_____

_____

34.   Please explain in detail how you believe Deputy Barrett violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

-23-

_____

_____

_____

_____

_____

35.  Please state when you were released from the BCDC.

Answer:

_____

_____

_____

_____

36.  Under section 1983, an individual may be sued in his official capacity, in his individual capacity, or in both capacities.  An official capacity claim is the same as a claim against the entity for whom the individual works and requires a showing of a custom or policy.  Ordinarily, if you fail to state what capacity you are suing an individual in, the law presumes you are bringing only an official capacity claim.  An individual capacity claim seeks to hold the individual personally liable.  Did you intend to bring an official capacity claim, an individual capacity claim, or both types of claims against the defendants?

Answer:

_____

_____

_____

-24-

_____

      Detail below any further response you would like to make to the motion for summary

judgment.  If you have any exhibits you would like the court to consider, you may attach

them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2007.

_____

-26-

MARK MILLER

AO72A
(Rev. 8/82)