```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

MARK MILLER                                              PLAINTIFF

    v.                          No. 06-5050

SHERIFF KEITH FERGUSON, et al.                          DEFENDANTS

**O R D E R**

Now on this 22nd day of February, 2008, comes on for consideration the Report and Recommendation filed herein on January 14, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 27.) Plaintiff has not filed any objections to the Report and Recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is **DISMISSED** on the grounds that plaintiff has failed to comply with a court order and has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE